Submitted April 14, 1970. *Joseph L. Hoffmann,* for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted April 13, 1970. *Carmine V. Molinaro, Jr.,* for appellant; *Daniel G. Reilly,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted April 13, 1970. *Prentis John, Jr.,* appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Dugan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 24, 1970. *John W. Packel* and *Melvine*